UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| SETH PATRICK ANDERSON, | ) | Prohibited Person |
| a/k/a "SHANE ANDERSON," | ) | |
| a/k/a "AB" | ) | CR222-014 |

FILED
U.S. DISTRICT COURT
2022 JUL 13  P 2:36
CLERK C. Casbell
SO. DIST. OF GA.

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 14, 2021, in Long County, within the Southern District of Georgia, the defendant,

SETH PATRICK ANDERSON,
a/k/a "SHANE ANDERSON,"
a/k/a "AB,"

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Tisas-Trabzon 9mm pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the count in this Indictment, the Defendant, **SETH PATRICK ANDERSON, a/k/a "SHANE ANDERSON," a/k/a "AB,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to a Tisas-Trabzon 9mm pistol (serial number-T0620-21BM1171) and a quantity of ammunition.

A True Bill.

_____
Foreperson

David H. Estes
United States Attorney

E. Greg Gilluly, Jr.
Assistant United States Attorney
*Lead Counsel

Patricia Rhodes
Assistant United States Attorney
Chief, Criminal Division

A True Bill.

_____
Foreperson

_____
David H. Estes
United States Attorney

_____
E. Greg Gilluly, Jr.
Assistant United States Attorney
*Lead Counsel

_____
Patricia Rhodes
Assistant United States Attorney
Chief, Criminal Division